**FILED**

03/25/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 19-0739

## IN THE SUPREME COURT OF THE STATE OF MONTANA
### Supreme Court Cause No. DA 19-0739

| | |
|---|---|
| BREANA L. ZECHIN,<br><br>Plaintiff/Appellee,<br><br>vs.<br><br>JEFFREY B. MIDDLETON,<br><br>Defendant/Appellant. | **ORDER GRANTING STIPULATED MOTION TO DISMISS APPEAL** |

This matter came before the Court on the parties' Stipulated Motion to Dismiss Appeal. Having considered the same, and for good cause shown,

IT IS HEREBY ORDERED that this matter is DISMISSED with prejudice.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
March 25 2020